UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID MIRKOOSHESH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MEHRDAD ELIE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-07615-AMO<br><br>**ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 42, 43, 61 |

Before the Court is Estavillo Law Group's motion to withdraw as Plaintiffs' counsel. ECF 42, 43. Considering counsel's reasons for withdrawal and the notice provided to Plaintiffs before withdrawing, the Court **GRANTS** the motion.

Pursuant to Local Rule 11-5(b), papers shall continue to be served on Estavillo Law Group, and Estavillo Law Group shall forward all papers to Plaintiffs unless and until they appear by other counsel or pro se. Accordingly, **Estavillo Law Group** is **ORDERED** to mail this Order to Plaintiffs, along with copies of all pending motions and attendant briefing. Additionally, the withdrawal of counsel shall not form any basis for delay in hearing or disposition of Defendants' pending motions to dismiss and strike.

Finally, the Court advises **Plaintiffs Hamid Mirkooshesh and Jackeline Mirkooshesh that**:

- They have until August 7, 2023, for new counsel to enter appearances or the Court will begin to treat Plaintiffs as pro se and intending to represent themselves.
- A Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website, http://cand.uscourts.gov/pro-se.

- Additional assistance may be available by making an appointment with the Legal Help Center.  There is no fee for this service.  To make an appointment with the Legal Help Center in San Francisco, Plaintiffs may email fedpro@sfbar.org or call 415-782-8982.  The Help Center's website is available at https://cand.uscourts.gov/about/court-programs/legal-help-desks/.  Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: July 7, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**